IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RHONDA CONNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 13-cv-0635-MJR-DGW |
| | ) | |
| PFIZER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER REGARDING COORDINATED**
**FINAL PRETRIAL CONFERENCE AND TRIAL DATES**

REAGAN, District Judge:

By Order entered October 7, 2013, the Court granted a motion to coordinate -- for purposes of discovery and pretrial proceedings – the above-captioned case and two closely related lawsuits, *Hines v. Pfizer,* Case No. 13-cv-0404-MJR-DGW, and *Ehlers v. Pfizer,* Case No. 13-cv-0468-JPG-SCW. By Orders entered October 8, 2013, ***Ehlers*** and ***Conner*** were reassigned to the undersigned District Judge and Magistrate Judge Wilkerson. (The three cases have not been consolidated into a single action. Filings will continue to be made in individual lawsuits, with the appropriate caption and party names.)

For the reasons thoroughly articulated in the Court's October 7, 2013 Order in ***Hines***, and subject to the limitations set forth therein, the Court **GRANTS** the joint motion to coordinate actions (Doc. 11) pending herein. All three cases have been designated as Track C cases. Judge Wilkerson will enter an appropriate Scheduling Discovery Order (with discovery and dispositive motion deadlines) in these three cases,

using the firm trial date already assigned to *Hines* and now given to *Conner* and *Ehlers*, as well.

**Jury Trial = Monday, October 27, 2014, 9:00 am** (all 3 cases); and

**Final Pretrial Conference =** Friday, October 17, 2014, 9:30 am (*Hines*)
Friday, October 17, 2014, 10:15 am (*Ehlers*)
Friday, October 17, 2014, 11:00 am (*Conner*).[1]

IT IS SO ORDERED.

DATED: October 9, 2013.

s/ *Michael J. Reagan*
Michael J. Reagan
United States District Judge

---

[1] Questions about these dates may be directed to Judge Reagan's law clerk, Sheila, at 618-482-9229.